**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC;<br>INTELLECTUAL VENTURES II, LLC,<br><br>     Plaintiffs,<br>v.<br><br>LENOVO GROUP LTD., LENOVO<br>(UNITED STATES) INC., LENOVOEMC<br>PRODUCTS USA, LLC, and EMC<br>CORPORATION<br><br>     Defendants. | C.A. No. 1:16-cv-10860-PBS |
| INTELLECTUAL VENTURES I, LLC;<br>INTELLECTUAL VENTURES II, LLC,<br><br>     Plaintiffs,<br>v.<br><br>NETAPP, INC.,<br><br>     Defendant. | C.A. No. 1:16-cv-10868-PBS |

## JOINT STATUS REPORT

The parties previously submitted status reports regarding the various patents that were subject to *Inter Partes* Review ("IPR") proceedings (*see* Dkt. Nos. 155 and 156).  The parties submit this report to update the Court on the status of the remaining IPR petitions involving the patents asserted in these Actions.

**U.S. Patent No. 6,968,459**

With respect to U.S. Patent No. 6,968,459 ("the '459 patent"), Defendants' request for rehearing of the PTAB's decision not to institute an IPR was denied on October 17, 2018.  The parties agree that the stay may be lifted with respect to the '459 patent.

**U.S. Patent No. 8,387,132**

With respect to U.S. Patent No. 8,387,132 ("the '132 patent"), the PTAB issued a Final Written Decision on June 20, 2018, finding claims 1 and 9 unpatentable.  Claims 1 and 9 are the only claims of the '132 patent asserted by IV in these Actions.  IV filed a notice of appeal on August 21, 2018, but on September 10 notified Defendants that it intends to dismiss its appeal for the '132 patent.  Accordingly, the parties will prepare a stipulation of dismissal regarding the '132 patent.

**U.S. Patent No. 6,775,745**

With respect to U.S. Patent No. 6,775,745 ("the '745 patent"), the PTAB issued a Final Written Decision on November 8, 2018, finding claims 4-6 unpatentable.  Claims 4-6 were the only claims of the '745 patent asserted by IV in these Actions.  The parties agree that the Court should continue the stay with respect to the '745 patent, pending the resolution of any appeals.

**U.S. Patent No. 9,098,685**

With respect to U.S. Patent No. 9,098,685 ("the '685 patent"), the PTAB issued a Final Written Decision on July 2, 2018, finding claims 1, 3, 5, 7-9, 11, 13, 15-16, and 19 unpatentable. Thus, all claims of the '685 patent asserted by IV in these Actions (claims 1, 3, 8-9, 11, 16, and 19) were found unpatentable.  IV filed a notice of appeal on August 21, 2018.  The parties agree that the Court should continue the stay with respect to the '685 patent, pending the resolution of IV's appeal.

**U.S. Patent No. 8,275,827**

With respect to U.S. Patent No. 8,275,827 ("the '827 patent"), Defendants filed two IPRs. In Final Written Decisions issued on June 20, 2018, the PTAB found claims 1, 3-9, 13, and 15-21 unpatentable.  These were the only claims of the '827 patent asserted by IV in these Actions.

IV filed notices of appeal on August 21, 2018.  The parties agree that the Court should continue the stay with respect to the '827 patent, pending the resolution of IV's appeals.

**U.S. Patent No. 6,633,945**

With respect to U.S. Patent No. 6,633,945 ("the '945 patent"), the PTAB issued a Final Written Decision on May 18, 2018, finding claims 1 and 6 unpatentable.  Claims 1 and 6 were the only claims of the '945 patent asserted by IV in these Actions.  IV asserted the '945 patent only against NetApp in these Actions.  The final date for IV to appeal the PTAB's decision invalidating claims 1 and 6 of the '945 patent was July 20, 2018.  Accordingly, the parties will prepare a stipulation of dismissal regarding the '945 patent.

Dated:  November 15, 2018

/s/ Shirley X. Li Cantin
Cynthia D. Vreeland (BBO #635143)
Shirley X. Li Cantin (BBO #675377)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
cynthia.vreeland@wilmerhale.com
shirley.cantin@wilmerhale.com

*Attorneys for Defendant*
*EMC Corporation*

/s/ Ranjini Acharya (with permission)
Christopher Centurelli (BBO #640974)
David A. Simons (BBO #638740)
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
christopher.centurelli@klgates.com
david.simons@klgates.com

Ranjini Acharya (CA SB No. 290877)
K&L GATES LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650-798-6765
Facsimile: 650-798-6765
ranjini.acharya@klgates.com

*Attorneys for Defendants*
*Lenovo (United States) Inc., LenovoEMC, Products,*
*USA, LLC, and NetApp, Inc.*

/s/ Brian D. Ledahl (with permission)
David S. Godkin (BBO #196530)
James E. Kruzer (BBO #670827)
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Telephone:  617-307-6100

Brian D. Ledahl (CA SB No. 186579)
Arka D. Chatterjee (CA SB No. 268546)
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: 310-826-7474
Facsimile: 310-826-6991
bledahl@raklaw.com
achatterjee@raklaw.com

*Attorneys for Plaintiffs*
*Intellectual Ventures I, LLC*
*Intellectual Ventures II, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on November 15, 2018.

/s/ Shirley X. Li Cantin
Shirley X. Li Cantin (BBO #675377)

i