# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II, LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., LENOVOEMC PRODUCTS USA, LLC, and EMC CORP.,<br><br>*Defendants*. | Case No. 1:16-cv-10860-PBS |

## JOINT PROPOSED '459 PATENT SCHEDULE

Pursuant to the Court's request, the parties jointly submit this proposed schedule for U.S. Patent No. 6,968,459.

| Event | Date |
|---|---|
| Defendants to complete production of Technical Documents for the '459 patent (LR 16.6(d)(4))[1] | January 7, 2019 |
| Plaintiffs to complete production of Prosecution History documents, Ownership Evidence, and documents showing the Real Parties in Interest for the '459 patent (LR 16.6(d)(1)(B)-(D)) | January 7, 2019 |
| Exchange terms and proposed constructions for '459 patent (LR 16.6(e)(1)(A)) | January 25, 2019 |
| Confer re: proposed terms for the '459 patent (LR 16.6(e)(1)(B)) | February 1, 2019 |
| File Joint Claim Construction Chart for the '459 patent (LR 16.6(e)(1)(D)) | February 8, 2019 |

---

[1] Defendants will produce source code, if any, relevant to functionality properly identified in the infringement contentions pursuant to the procedures set forth in the Agreed Protective Order.

| | |
|---|---|
| Simultaneous Opening Claim Construction Briefs on the '459 patent (LR 16.6(e)(2)) | March 1, 2019 |
| Tutorial filing (LR 16.6(e)(6)) | March 1, 2019 |
| Simultaneous Response Briefs on the '459 patent (LR 16.6(e)(4)) | March 29, 2019 |
| Claim Constructing Hearing on the '459 patent | April 12, 2019 |
| Mediation | 30 days after Claim Construction Ruling |
| Completion of Written Discovery relating to the '459 Patent (last to serve written discovery) | 60 days after Claim Construction Ruling |
| Completion of Fact Discovery relating to the '459 patent | 90 days after Claim Construction Ruling |
| Opening Expert Disclosures relating to the '459 patent (on issues on which the party bears the burden of proof) | 120 days after Claim Construction Ruling |
| Rebuttal Expert Disclosures relating to the '459 patent | 150 days after Claim Construction Ruling |
| Close of Expert Discovery relating to the '459 patent | 180 days after Claim Construction Ruling |
| Dispositive Motions on the '459 patent or Daubert Motions (only one dispositive motion and one Daubert motion per party) | 210 days after Claim Construction Ruling |
| Oppositions | 240 days after Claim Construction Ruling |
| Replies | 247 days after Claim Construction Ruling |
| Hearing on Dispositive Motions on the '459 patent or Daubert Motions | 260 days after Claim Construction Ruling (to be set by Court) |
| Final Pretrial Disclosures (Fed. R. Civ. P. 26(a)(3)) | 60 days after Ruling on Dispositive Motions |
| Final Pretrial Conference | 90 days after Ruling on Dispositive Motions |
| Trial | 120 days after Ruling on Dispositive Motions |

Dated: January 4, 2019

*/s/ Cynthia D. Vreeland (w/ permission)*
Cynthia D. Vreeland (BBO #635143)
Shirley X. Li Cantin (BBO #675377)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
Telephone:  617-526-6000
Facsimile:  617-526-5000
cynthia.vreeland@wilmerhale.com
shirley.cantin@wilmerhale.com
dana.burwell@wilmerhale.com
*Attorneys for Defendant*
*EMC Corporation*

*/s/ Christopher Centurelli (w/ permission)*
Christopher Centurelli (BBO #640974)
David A. Simons (BBO #638740)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA  02111
Telephone: 617-261-3100
Facsimile: 617-261-3175
christopher.centurelli@klgates.com
david.simons@klgates.com

Ranjini Acharya (CA SB No. 290877)
K&L Gates LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650-798-6765
Facsimile: 650-798-6765
ranjini.acharya@klgates.com

*Attorneys for Defendants Lenovo (United States) Inc., LenovoEMC, Products, USA, LLC, and NetApp, Inc.*

Dated: January 4, 2019

*/s/ Brian D. Ledahl*
Brian D. Ledahl (CA SBN 186579)
bledahl@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Adam S. Hoffman (CA SBN 218740)
ahoffman@raklaw.com
Theresa M. Troupson (CA SBN 301215)
ttroupson@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Boulevard 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

David S. Godkin (BBO #196530)
godkin@birnbaumgodkin.com
James E. Kruzer (BBO #670827)
kruzer@birnbaumgodkin.com
BIRNBAUM & GODKIN, LLP
280 Summer Street
Boston, MA 02210
Telephone: (617) 307-6100
Facsimile: (617) 307-6101

*Attorneys for Plaintiffs*
INTELLECTUAL VENTURES I, LLC and
INTELLECTUAL VENTURES II, LLC,

**CERTIFICATE OF SERVICE**

     I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served on January 4, 2019, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                /s/ *Brian D. Ledahl*