**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC; INTELLECTUAL VENTURES II, LLC, <br><br> Plaintiffs, <br> v. <br><br> LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., LENOVOEMC PRODUCTS USA, LLC, and EMC CORPORATION, <br><br> Defendants. | C.A. No. 1:16-cv-10860-PBS <br><br> **LEAD CASE** <br><br> **ORAL ARGUMENT REQUESTED** |
| INTELLECTUAL VENTURES I, LLC; INTELLECTUAL VENTURES II, LLC, <br><br> Plaintiffs, <br> v. <br><br> NETAPP, INC., <br><br> Defendant. | C.A. No. 1:16-cv-10868-PBS |

**EMC CORPORATION'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
RELATING TO THE SALE OF U.S. PATENT NO. 6,968,459**

Pursuant to Federal Rule of Civil Procedure 37(a) and the Court's Scheduling Order (Dkt. 220), Defendant EMC Corporation ("EMC") hereby moves for an order compelling Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II, LLC (collectively, "IV") to produce documents sufficient to show the price they paid for U.S. Patent No. 6,968,459 (the "'459 patent"), or alternatively to stipulate that they purchased the '459 patent for $100.00, and to reimburse EMC for the reasonable expenses incurred in pursuing a lengthy meet-and-confer process and bringing the present motion, including attorney's fees.

As grounds for this motion, EMC relies on the concurrently-filed (1) Memorandum of Law in Support of Motion to Compel Production of Documents Relating to the Sale of U.S.

Patent No. 6,968,459, (2) Declaration of Shirley X. Li Cantin, and (3) the exhibits attached thereto.  A proposed order is attached hereto.

WHEREFORE, EMC respectfully requests that the Court grant its motion and order IV to produce documents sufficient to show the price it paid for the '459 patent, or alternatively to stipulate that IV purchased the '459 patent for $100.00, and to reimburse EMC for the reasonable expenses incurred in pursuing a lengthy meet-and-confer process and bringing the present motion, including attorney's fees.

Dated: May 6, 2019                    Respectfully submitted,

                                      */s/ Shirley X. Li Cantin*
                                      Cynthia D. Vreeland (BBO #635143)
                                      Shirley X. Li Cantin (BBO #675377)
                                      Wilmer Cutler Pickering Hale and Dorr LLP
                                      60 State Street
                                      Boston, MA  02109
                                      Telephone:  617-526-6000
                                      Facsimile:  617-526-5000
                                      cynthia.vreeland@wilmerhale.com
                                      shirley.cantin@wilmerhale.com

                                      Krishnendu Gupta (BBO # 632793)
                                      Thomas A. Brown (BBO # 657715)
                                      EMC Corporation
                                      176 South Street
                                      Hopkinton, MA 01748
                                      Tel: (508) 435-1000
                                      krish.gupta@dell.com
                                      tom.brown@dell.com

                                      *Attorneys for Defendant*
                                      *EMC Corporation*

## **REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), EMC respectfully requests oral argument to address this motion as such argument will assist the Court in addressing the issues raised herein.

Dated: May 6, 2019                                         */s/ Shirley X. Li Cantin*
                                                                         Shirley X. Li Cantin (BBO #675377)

**FEDERAL RULE OF CIVIL PROCEDURE 37 AND LOCAL RULE 7.1 CERTIFICATE**

I hereby certify that in accordance with Federal Rule of Civil Procedure 37(a) and Local Rule 7.1(a)(2), prior to the filing of the above motion counsel for Plaintiffs Intellectual Ventures I, LLC, and Intellectual Ventures II, LLC and counsel for Defendant EMC Corporation met and conferred in good faith regarding IV's document production on March 11, 2019, and Defendant EMC Corporation attempted in good faith to meet and confer further to obtain the requested discovery without court action, but Plaintiffs were unwilling to do so.

*/s/ Shirley X. Li Cantin*
Shirley X. Li Cantin (BBO #675377)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 6, 2019.

*/s/ Shirley X. Li Cantin*
Shirley X. Li Cantin (BBO #675377)