UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC; INTELLECTUAL VENTURES II, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., LENOVOEMC PRODUCTS USA, LLC, AND EMC CORP., | Case No. 1:16-cv-010860-PBS <br> **LEAD CASE** |
| NETAPP, INC. | Case No. 1:16-cv-010868-PBS |

**JOINT STIPULATION OF DISMISSAL OF COUNT I OF PLAINTIFFS' COMPLAINT**

**AGAINST LENOVO**

Plaintiffs INTELLECTUAL VENTURES I, LLC; INTELLECTUAL VENTURES II, LLC ("IV") and Defendants LENOVO (UNITED STATES) INC., LENOVOEMC PRODUCTS USA, LLC (collectively "Lenovo"), pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate as follows: IV dismisses Count I in the above-captioned action with prejudice as against Lenovo. Each party will bear its own respective costs and attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| August 15, 2019 | August 15, 2019 |
| INTELLECTUAL VENTURES I, LLC; and INTELLECTUAL VENTURES II, LLC, | LENOVO (UNITED STATES) INC., and LENOVOEMC PRODUCTS USA, LLC, |
| By its attorneys, | By its attorneys, |
| */s/ Brian D. Ledahl*<br>Brian D. Ledahl (CA SBN 186579)<br>*bledahl@raklaw.com*<br>Marc A. Fenster (CA SBN 181067)<br>*mfenster@raklaw.com*<br>Adam S. Hoffman (CA SBN 218740)<br>*ahoffman@raklaw.com*<br>Theresa M. Troupson (CA SBN 301215)<br>*ttroupson@raklaw.com*<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>David S. Godkin (SBN 196530)<br>*godkin@birnbaumgodkin.com*<br>James E. Kruzer (SBN 670827)<br>*kruzer@birnbaumgodkin.com*<br>BIRNBAUM & GODKIN, LLP<br>280 Summer Street<br>Boston, MA 02210<br>Telephone: (617) 307-6100<br>Facsimile: (617) 307-6101<br><br>*Attorneys for Plaintiffs*<br>*Intellectual Ventures I, LLC and*<br>*Intellectual Ventures II, LLC* | */s/ David A. Simons*<br>Christopher Centurelli (BBO #640974)<br>David A. Simons (BBO #638740)<br>K&L Gates LLP<br>State Street Financial Center<br>One Lincoln Street<br>Boston, MA 02111<br>Telephone: 617-261-3100<br>Facsimile: 617-261-3175<br>*christopher.centurelli@klgates.com*<br>*david.simons@klgates.com*<br><br>*Attorneys for Defendants*<br>*Lenovo (United States) Inc. and*<br>*LenovoEMC Products USA, LLC* |

1

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile, and/or first class mail on August 15, 2019.

/s/ *Brian D. Ledahl* _____
Brian D. Ledahl