# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC; INTELLECTUAL VENTURES II, LLC,<br><br>　　　　Plaintiffs,<br>v.<br><br>LENOVO GROUP LTD., LENOVO (UNITED STATES) INC., LENOVOEMC PRODUCTS USA, LLC, and EMC CORPORATION<br><br>　　　　Defendants. | C.A. No. 1:16-cv-10860-PBS |

## STIPULATION OF DISMISSAL OF COUNT III OF
## PLAINTIFFS' COMPLAINT AGAINST LENOVOEMC

Plaintiffs INTELLECTUAL VENTURES I, LLC; INTELLECTUAL VENTURES II, LLC ("IV") and Defendant LENOVOEMC PRODUCTS USA, LLC ("LenovoEMC"), pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate as follows:

1.　　IV dismisses Count III in the above-captioned action with prejudice as against LenovoEMC. Each party will bear its own respective costs and attorneys' fees.

/

/

/

/

/

/

/

/

i

303609142 v2

2.     The parties agree that nothing in this stipulation will have any bearing on any claim against any other defendant in this action.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| January 9, 2020 | January 9, 2020 |
| INTELLECTUAL VENTURES I, LLC; and INTELLECTUAL VENTURES II, LLC, | LENOVOEMC PRODUCTS USA, LLC, |
| By its attorneys, | By its attorneys, |
| __/s/ Brian D. Ledahl__ | __/s/ David A. Simons (w/ permission)__ |
| David S. Godkin (BBO #196530) | Christopher Centurelli (BBO #640974) |
| James E. Kruzer (BBO #670827) | David A. Simons (BBO #638740) |
| BIRNBAUM & GODKIN, LLP | K&L Gates LLP |
| 280 Summer Street | State Street Financial Center |
| Boston, MA 02210 | One Lincoln Street |
| Telephone: 617-307-6100 | Boston, MA 02111 |
| | Telephone: 617-261-3100 |
| Brian D. Ledahl (CA SB No. 186579) | Facsimile: 617-261-3175 |
| RUSS AUGUST & KABAT | christopher.centurelli@klgates.com |
| 12424 Wilshire Boulevard 12th Floor | david.simons@klgates.com |
| Los Angeles, California 90025 | |
| Telephone: 310-826-7474 | *Attorneys for Defendants* |
| Facsimile: 310-826-6991 | *Lenovo United States) Inc. and* |
| bledahl@raklaw.com | *LenovoEMC Products USA, LLC* |
| achatterjee@raklaw.com | |
| *Attorneys for Plaintiffs* | |
| *Intellectual Ventures I, LLC and* | |
| *Intellectual Ventures II, LLC* | |

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on January 9, 2020.

/s/ Brian D. Ledahl
Brian D. Ledahl

303609142 v2