NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

───────────────

**INTELLECTUAL VENTURES I LLC,
INTELLECTUAL VENTURES II, LLC,**
*Plaintiffs-Appellants*

v.

**EMC CORP.,**
*Defendant-Appellee*

───────────────

2021-1399

───────────────

Appeal from the United States District Court for the District of Massachusetts in No. 1:16-cv-10860-PBS, Judge Patti B. Saris.

───────────────

**O R D E R**

Upon consideration of the joint motion to voluntarily dismiss the above-captioned appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

2      Intellectual Ventures I LLC v. EMC Corp.

(2) Each side shall bear its own costs.

            FOR THE COURT

March 2, 2021      /s/ Peter R. Marksteiner
            Peter R. Marksteiner
            Clerk of Court

**ISSUED AS A MANDATE:** March 2, 2021