IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTELLECTUAL VENTURES I, LLC and INTELLECTUAL VENTURES II, LLC<br><br>      Plaintiffs,<br>v.<br>EMC CORPORATION,<br><br>      Defendant. | Civil Action No. 1:16-cv-10860-PBS |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiffs Intellectual Ventures I, LLC and Intellectual Ventures II LLC ("Plaintiffs") and Defendant EMC Corporation ("Defendant") have resolved Plaintiffs' claims for relief against Defendant and Defendant's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiffs and Defendant, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendant with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiffs without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| April 7, 2021 | Respectfully submitted, |
| Russ August & Kabat | Wilmer Cutler Pickering Hale and Dorr LLP |
| */s/ Brian D. Ledahl (with permission)*<br>Brian D. Ledahl (SBN 186579)<br>*bledahl@raklaw.com*<br>12424 Wilshire Boulevard 12th Floor<br>Los Angeles, California 90025<br>Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>David S. Godkin (SBN 196530)<br>*godkin@birnbaumgodkin.com* | */s/ Cynthia D. Vreeland*<br>Cynthia D. Vreeland (BBO #635143)<br>Myles McDonagh (BBO #697513)<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br>cynthia.vreeland@wilmerhale.com<br>myles.mcdonagh@wilmerhale.com |

| | |
|---|---|
| James E. Kruzer (SBN 670827)<br>*kruzer@birnbaumgodkin.com*<br>BIRNBAUM & GODKIN, LLP<br>470 Atlantic Avenue<br>Boston, MA 02210<br>Telephone: (617) 307-6100<br>Facsimile: (617) 307-6101<br><br>*Attorneys for Plaintiffs*<br>INTELLECTUAL VENTURES I, LLC and<br>INTELLECTUAL VENTURES II, LLC | Krishnendu Gupta (BBO # 632793)<br>Thomas A. Brown (BBO # 657715)<br>EMC CORPORATION<br>176 South Street<br>Hopkinton, MA 01748<br>Tel: (508) 435-1000<br>krish.gupta@dell.com<br>tom.brown@dell.com<br><br>*Attorneys for Defendant EMC Corporation* |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system on April 7, 2021, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Myles McDonagh*
Myles McDonagh (BBO #697513)
